Chambers of
**Phillip G. Reinhard**
U.S. District Judge

RECEIVED

2007 MAY 29  A 10: 34

FINANCIAL
DISCLOSURE OFFICE

May 22, 2007

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: Calendar Year 2006 Filing

Dear Judge Smith:

My 2006 Financial Report dated March 30, 2007 is amended at Part VII, page 4, line 3, for "IRA Acct. Wachovia Sec.: AMFI Com. Stock; Money Mkt Acct." as follows: add under column B(2) "interest & dividend" and add "at Wachovia" following "Money Mkt Acct." in column A.

Thank you.

Sincerely,

PHILIP G. REINHARD
U.S. DISTRICT COURT

PGR:cjr

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  REINHARD, PHILIP G | 2. Court or Organization  NDIL - WESTERN DIVISION | 3. Date of Report  03/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  211 SOUTH COURT STREET ROOM 215 ROCKFORD, ILLINOIS 61101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund - Vested. Benefits began 1/12/1996. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 03/30/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Illinois Judges' Retirement System | $ 58,707.48 |
| 2. 2006 | Illinois Municipal Retirement Fund | $ 12,968.18 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006-Int. | Substitute Teacher - Harlem Consolidated School District |
| 2. 2006 | Teachers Retirement System of the State of Illinois |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Academy of Judicial Education | July 31, 2006 - August 4, 2006 - Monterey, CA -- Teach at Criminal Trial Skills Program: Transportation, lodging & meal expenses. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 03/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Anderson Japanese Gardens | Waiver of use fee at Gardens for anniversary party | $ 2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 03/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regal Beloit Corporation Common Stock | A | Dividend | L | T | part donated | 9/20 | J | | |
| 2. | | | | | part donated | 10/30 | J | | |
| 3. IRA Acct. Wachovia Sec.: AMFI Com. Stock; Money Mkt Acct | A | | K | T | | | | | |
| 4. AmCore Financial Accounts | B | Interest | L | T | | | | | |
| 5. Equitable Resources Common Stock | C | Dividend | M | T | | | | | |
| 6. Vanguard - Index Total Stock Market Fund | D | Dividend | N | T | | | | | |
| 7. Mairs & Power Growth Fund | A | Dividend | K | T | | | | | |
| 8. Pioneer Natural Res.Co. Common Stock | A | Dividend | J | T | | | | | |
| 9. Nabors Ind. Ltd., f/k/a Nabors Ind., Inc. Common Stock | | None | J | T | | | | | |
| 10. Harbor Cap.App. Fund | A | Dividend | J | T | Redeem | 8/21 | J | A | |
| 11. Artisian Int'l Fund | C | Dividend | K | T | | | | | |
| 12. Cisco Systems Common Stock | | None | J | T | | | | | |
| 13. E*Trade Clearning LLC Brokerage Account | A | Interest | J | T | | | | | |
| 14. Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 15. Dodge & Cox Stock Fund | B | Dividend | K | T | | | | | |
| 16. Royce Small Cap Fund | B | Dividend | K | T | | | | | |
| 17. Tyco International Common Stock | A | Dividend | J | T | Sell | 8/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 03/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baron Small Cap Fund | C | Dividend | K | T | | | | | |
| 19. Teleflex Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20. Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 21. Gold - Krugerrands | | None | M | T | | | | | |
| 22. Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy More | 1/23 | J | | |
| 23. Meridian Growth Fund | B | Dividend | J | T | | | | | |
| 24. Abbott Laboritories Common Stock | A | Dividend | J | T | | | | | |
| 25. Associated Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 26. Johnson & Johnson Corp. Common Stock | A | Dividend | K | T | Buy More | 4/28 | J | | |
| 27. MGE Energy Inc. Common Stock | A | Dividend | K | T | | | | | |
| 28. Serono SA ADR Common Stock | A | Dividend | J | T | Sell | 9/22 | J | C | |
| 29. 3M Corp. Common Stock | A | Dividend | K | T | Buy More | 8/14 | J | | |
| 30. Immucor, Inc. Common Stock | | None | J | T | | | | | |
| 31. SCP Pool Corp. Common Stock | | None | J | T | Buy More | 7/24 | J | | |
| 32. | | | | | Buy More | 12/08 | J | | |
| 33. Baron Partners Fund | A | Dividend | K | T | | | | | |
| 34. Vanguard Intn.Eq.Ind Fd EMR.MKT.ETF | A | Dividend | J | T | Buy | 2/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 03/30/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Celera Group Common Stock (X) | | None | J | T | | | | | |
| 36. Keys Federal Credit Union Account | A | Interest | K | T | Opened | 1/26 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 13, Art. VII -- E* Trade Clearing LLC Brokerage Account - The amounts listed under B & C are only for monies in that account. All stocks in the E* Trade account are listed individually under Part VII, as in past reports.

Trust #1 was created in March 2005. All trust assets required to be disclosed in Art. VII are listed therein.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                                     Date   3/30/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544